AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-14340-JAC-MAR
Hon. Julian Abele Cook

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   John J Gray

Date of Service:   Friday, 10/12/12   9:39 pm

## Method of Service

____ Personally served at this address:

__X__ Left copies at defendant's usual place of abode with (name of person): John Schroeder (homeowner)
9004 Birkhill Drive
Sterling Heights, MI 48314
White Male, 55-60 YRS, 5'11"-6'1", 180-200 lbs, blonde hair

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $ —   Service $ 30.00   Total $ 30.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Roland Arrington

Signature of Server:   [signature]

Date:   10/15/12

Server's Address:   18701 Grand River #121
Detroit, MI 48223

ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne