UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN GRAY,

    Defendant.

v.

MT. CLEMENS ORTHROPAEDIC
APPLIANCES, INC.,

    Garnishee Defendant
_____/

Case No. 12-14340

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

## ORDER ADOPTING REPORT AND RECOMMENDATION [27]

On December 23, 2015 a Writ of Continuing Garnishment was issued as to John J. Gray and Garnishee Mt. Clemens Orthopaedic Appliances, Inc. [21]. On May 9, 2016, an Order to Show Cause was entered by the Magistrate Judge, ordering the Garnishee Defendant to Show Cause why they should not be held in contempt of this Court for failure to comply with the Writ of Continuing Garnishment. [24]. A hearing was set for June 3, 2016 before the Magistrate for which the Garnishee Defendant failed to appear.

On June 7, 2016, the Magistrate Judge issued a Report and Recommendation ("R&R") [27] recommending that the Court enter judgment in favor of Plaintiff and against the Garnishee Defendant in the amount of $6,152.30 and further recommending that the Judgment accrue interest pursuant to the statutory rate [27]. The Garnishee Defendant was served this Report and Recommendation on June 9, 2016. No objections to the R&R were filed.

The Court has reviewed the record in this case.  The R&R [27] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.  Accordingly,

**IT IS ORDERED** that Judgment will be entered on behalf of the Plaintiff, the United States, and against the Garnishee Defendant Mt. Clemens Orthopaedic Appliances Inc. in the amount of $6,152,30.

**IT IS FURTHER ORDERED** that Judgement will accrue interest pursuant to the statutory rate.

**SO ORDERED**.

Dated: August 5, 2016

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge